UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN STATES INSULATORS & ALLIED WORKERS PENSION PLAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>A1 MECHANICAL INSULATION, L.L.C.,<br><br>　　　　Defendant. | Case No.  12-cv-04367-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. No. 28 |

Before the Court is Plaintiffs' Motion for Attorneys' Fees and Non-Taxable Costs. Dkt. No. 28. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for June 27, 2013, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: June 13, 2013

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　United States District Judge